IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Jonathan Grigsby )  E-filing
 )
 )
 Plaintiff, CV ) CASE NO. 08 1475
 )
 v. ) PRISONER'S
Robert Horel, Bonnie Samples ) IN FORMA PAUPERIS
Darren Bradbury, et al., ) APPLICATION
 Defendant. )
Sued individually an official capacity(s) )

CRB

(PR)

I, __Jonathan Grigsby__, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes _____   No __✓__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

__I don't remember__

1

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.  Business, Profession or self employment    Yes ____  No ✓

    b.  Income from stocks, bonds, or royalties?    Yes ____  No ✓

    c.  Rent payments?    Yes ____  No ✓

    d.  Pensions, annuities, or life insurance payments?    Yes ____  No ✓

    e.  Federal or State welfare payments, Social Security or other government source?    Yes ____  No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.  Are you married?   Yes ✓   No ____

Spouse's Full Name: __we dont speak__

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $ __I dont know__   Net $ _____

4.  a.  List amount you contribute to your spouse's support:

$ __$ 0__

    b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5.  Do you own or are you buying a home?   Yes ____   No ✓

Estimated Market Value: $_____   Amount of Mortgage: $_____

6.  Do you own an automobile?   Yes ____   No ✓

Make _____   Year _____   Model _____

2

Is it financed? Yes \_\_\_\_\_ No \_\_\_\_\_ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____ No ✓

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?   Yes _____ No ✓    Amount:  $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes _____ No _____

_____

8.  What are your monthly expenses?   INCARCERATED

Rent:  $ _____   Utilities: _____

Food:  $ _____   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

March 12, 2008                          *Jonathan Grigsby*
DATE                                    SIGNATURE OF APPLICANT

4

```
 1
 2                                              Case Number: _____
 3
 4
 5
 6
 7
 8
 9                          CERTIFICATE OF FUNDS
10                                   IN
11                          PRISONER'S ACCOUNT
12
13        I certify that attached hereto is a true and correct copy of the prisoner's trust account
                                       T61830
14   statement showing transactions of Grigsby, Jonathan for the last six months
15   at
         SALINAS VALLEY STATE PRISON
16       ACCOUNTING DEPARTMENT              [prisoner name]
         P.O. BOX 1020
17       SOLEDAD, CA 93960-1020    _____ where (s)he is confined.
18            [name of institution]
19        I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ 12.92   and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $ 17.80   .
22
23   Dated: 3/12/08                         L. Macias
24                                          [Authorized officer of the institution]
25
26
27
28
```

```
REPORT ID: TS3030  .701                                      REPORT DATE: 03/11/08
                                                             PAGE NO:         1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                          SALINAS VALLEY STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008

ACCOUNT NUMBER : T61830                      BED/CELL NUMBER: FDB6T2000000205L
ACCOUNT NAME   : GRIGSBY, JONATHAN WESLEY    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE   DESCRIPTION     COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----    ----   -----------     -------      ---------   --------   -----------   -------

09/01/2007     BEGINNING BALANCE                                                     0.00

11/07 D320 TRUST FUNDS T 1281 PBSP                        10.02                     10.02
11/07 W512 LEGAL POSTAGE 1289 LPOST                                    0.58          9.44
11/07 W512 LEGAL POSTAGE 1289 LPOST                                    0.58          8.86
11/07 W512 LEGAL POSTAGE 1289 LPOST                                    1.14          7.72
11/07 W512 LEGAL POSTAGE 1289 LPOST                                    0.58          7.14
11/08 W512 LEGAL POSTAGE 1296 LPOST                                    0.58          6.56
11/08 W512 LEGAL POSTAGE 1296 LPOST                                    0.41          6.15
11/08 W515 COPY CHARGE   1301 COPY                                     0.24          5.91
11/09 W512 LEGAL POSTAGE 1316 LPOST                                    0.58          5.33
11/09 W512 LEGAL POSTAGE 1316 LPOST                                    0.56          4.77
11/14 W512 LEGAL POSTAGE 1343 LPOST                                    0.41          4.36
11/14 W512 LEGAL POSTAGE 1343 LPOST                                    0.58          3.78
11/19 W512 LEGAL POSTAGE 1378 LPOST                                    0.41          3.37
11/26 W512 LEGAL POSTAGE 1422 LPOST                                    1.48          1.89
11/26 W512 LEGAL POSTAGE 1422 LPOST                                    1.48          0.41
11/27 W512 LEGAL POSTAGE 1432 LPOST                                    0.41          0.00
12/03*DD30 CASH DEPOSIT  1457 7109                        22.50                     22.50
12/03 W512 LEGAL POSTAGE 1463 LPOST                                    0.75         21.75
12/03 W512 LEGAL POSTAGE 1463 LPOST                                    0.58         21.17
12/04 W512 LEGAL POSTAGE 1475 LPOST                                    0.41         20.76
12/04 W512 LEGAL POSTAGE 1475 LPOST                                    0.41         20.35
12/04 W512 LEGAL POSTAGE 1475 LPOST                                    0.58         19.77
12/04 W512 LEGAL POSTAGE 1475 LPOST                                    1.41         18.36
12/05 W512 LEGAL POSTAGE 1484 LPOST                                    0.74         17.62
12/07 W502 POSTAGE CHARG 1507 POST                                     1.65         15.97
12/07 W502 POSTAGE CHARG 1507 POST                                     1.65         14.32
12/12 W512 LEGAL POSTAGE 1559 LPOST                                    1.82         12.50
12/12 W512 LEGAL POSTAGE 1559 LPOST                                    2.16         10.34
12/12 W512 LEGAL POSTAGE 1559 LPOST                                    1.48          8.86
12/12 W512 LEGAL POSTAGE 1562 LPOST                                    0.41          8.45
12/13 W512 LEGAL POSTAGE 1570 LPOST                                    4.60          3.85
12/13 W512 LEGAL POSTAGE 1570 LPOST                                    1.14          2.71
12/13 W512 LEGAL POSTAGE 1570 LPOST                                    1.48          1.23
12/13 W512 LEGAL POSTAGE 1570 LPOST                                    0.41          0.82
12/13 W512 LEGAL POSTAGE 1576 LPOST                                    0.41          0.41
12/13 W512 LEGAL POSTAGE 1576 LPOST                                    0.41          0.00
      ACTIVITY FOR 2008
01/09*DD30 CASH DEPOSIT  1777 7215                        45.00                     45.00
01/10 W512 LEGAL POSTAGE 1792 LPOST                                    0.41         44.59
01/16 W512 LEGAL POSTAGE 1859 LPOST                                    0.75         43.84
01/16 W512 LEGAL POSTAGE 1859 LPOST                                    4.60         39.24
01/16 W512 LEGAL POSTAGE 1859 LPOST                                    0.58         38.66
```

```
REPORT ID: TS3030  .701                                          REPORT DATE: 03/11/08
                                                                 PAGE NO:           2
                              SALINAS VALLEY STATE PRISON
                              INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008

ACCT: T61830         ACCT NAME: GRIGSBY, JONATHAN WESLEY        ACCT TYPE: I
         TRAN
DATE     CODE   DESCRIPTION     COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----     ----   -----------     -------      ---------   --------   -----------   -------
01/17    W512   LEGAL POSTAGE   1875 LPOST                               0.58       38.08
01/17    W512   LEGAL POSTAGE   1875 LPOST                               0.41       37.67
01/24    W512   LEGAL POSTAGE   1930 LPOST                               0.58       37.09
01/24    W512   LEGAL POSTAGE   1930 LPOST                               0.58       36.51
02/04    W512   LEGAL POSTAGE   2013 LPOST                               0.75       35.76
02/04    W512   LEGAL POSTAGE   2013 LPOST                               1.65       34.11
02/04    W512   LEGAL POSTAGE   2013 LPOST                               4.60       29.51
03/10    W512   LEGAL POSTAGE   2343 LPOST                               2.84       26.67


                                 CURRENT HOLDS IN EFFECT
  DATE         HOLD
 PLACED        CODE        DESCRIPTION               COMMENT         HOLD AMOUNT
 ------        ----        -----------               -------         -----------
01/18/2008     H102    EYEGLASSES HOLD           1898 OPTIC              31.25
02/15/2008     H109    LEGAL POSTAGE HOLD        2160 LPOST               4.60
02/15/2008     H109    LEGAL POSTAGE HOLD        2160 LPOST               4.60
02/21/2008     H109    LEGAL POSTAGE HOLD        2183 LPOST               0.92
02/22/2008     H110    COPIES HOLD               2189 COPY                0.96
02/22/2008     H109    LEGAL POSTAGE HOLD        2198 LPOST               4.60
02/26/2008     H109    LEGAL POSTAGE HOLD        2227 LPOST               0.41
03/03/2008     H109    LEGAL POSTAGE HOLD        2252 LPOST               2.16
03/03/2008     H109    LEGAL POSTAGE HOLD        2252 LPOST               0.75
03/03/2008     H109    LEGAL POSTAGE HOLD        2252 LPOST               0.58
03/03/2008     H109    LEGAL POSTAGE HOLD        2252 LPOST               0.58
03/03/2008     H109    LEGAL POSTAGE HOLD        2252 LPOST               0.58
03/03/2008     H109    LEGAL POSTAGE HOLD        2252 LPOST               4.60
03/05/2008     H109    LEGAL POSTAGE HOLD        2276/LPOST               0.58
03/07/2008     H109    LEGAL POSTAGE HOLD        2320 LPOST               0.58
03/10/2008     H109    LEGAL POSTAGE HOLD        2345 LPOST               1.48


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/05/06                           CASE NUMBER: *PB055263
COUNTY CODE:  *DN                                  FINE AMOUNT: $    4,403.05

  DATE        TRANS.     DESCRIPTION                  TRANS. AMT.      BALANCE
  ----        ------     -----------                  -----------      -------

09/01/2007    BEGINNING BALANCE                                        4,268.05
```

```
REPORT ID: TS3030  .701                                    REPORT DATE: 03/11/08
                                                                  PAGE NO:    3
                       SALINAS VALLEY STATE PRISON
                       INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008

ACCT:  T61830       ACCT NAME: GRIGSBY, JONATHAN WESLEY       ACCT TYPE: I


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/05/06                       CASE NUMBER: *PB055263
COUNTY CODE:    *DN                            FINE AMOUNT: $   4,403.05

   DATE      TRANS.    DESCRIPTION                   TRANS. AMT.      BALANCE
 --------    ------    --------------------------    -----------    -----------
 12/03/07    DR30      REST DED-CASH DEPOSIT             25.00-       4,243.05
 01/09/08    DR30      REST DED-CASH DEPOSIT             50.00-       4,193.05

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL        CURRENT        HOLDS      TRANSACTIONS
   BALANCE      DEPOSITS    WITHDRAWALS     BALANCE       BALANCE     TO BE POSTED
 -----------  -----------   -----------   -----------   -----------   ------------
       0.00        77.52         50.85         26.67         59.23           9.20
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3/12/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  L. Macias  SVSP
    TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
-----------
    41.76-