Jonathan Grigsby
T-61830 D6-205
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

original    FILED
APR -3 PM 12:52
RICHARD W. HEARING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District Of California

Jonathan Grigsby
  Plaintiff
vs.
Robert Horel, Darren Bradbury,
Bonnie Samples, M. Cook,
M. Nimrod, M. Smelosky,
N. Grannis, C. Wilber,
N. Threm, P. Carrier,
G. Pieren, D. Kerr, Sgt. Johnson
S. George, S. Tincher, C/O Diaz
M. Blaisdell,
          Defendant(s)
Sued in official and individual
capacities

Case No. CV08-1475

Disqualification of Assigned
Judge CRB (PR)

ex-parte motion

1. Plaintiff Jonathan Grigsby is filing motion pursuant to 28 U.S.C. §144 for bias and prejudice actions? By Judge Breyer and his clerk (PR).

2. I have filed complaint of Judicial misconduct #08-89031 and March 17, 2008 Judge Breyer was assigned civil action on 1st & 14th amendment violations.

3. I have 2 active civil actions number 07-2566 on 8th & 14th amendment violations and 07-2833 on 1st & 14th amendment violations that Judge Breyer has refused to file decision or order in either case 07-2566 or 07-2833.

4. My motions of opposition were filed January 1, 2008 and again February 11, 2008 another response and still Judge Breyer refuses to file decision or order in either case and January 14, 2008 in 07-2833 not order or response to date.

(1)

5. There's no way CRB can be assigned cases 06-5494, 07-2566 and 07-2833 and just recently he was assigned 08-1475 file March 17, 2008 specially after I've filed complaint on Judicial misconduct 08-89031 in civil action 07-2566.

6. I'm sending copys of this motion for disqualification on assigned Judge CRB in case 08-89031 for reason one he has made my case a e-mail filing all documents? I'm in level 4 maximum prison I don't have access to computer or e-mail?

7. What is wrong with CRB based on information and belief his being bias, prejudice, in decision his making based on complaint filed against him?

8. Also I'm stating for District Court record that I'm sending a copy of this to Chief Judges Kozinski & Chief Judge Walker, to ask them how it is CRB has received 3 of my first filed civil actions against Pelican Bay 065494, 072566, 072833 all different but randomly assigned Judge CRB?

9. I don't believe that there something not fair about those 3 cases assigned to CRB and my recent civil action 08-1475 assigned to CRB and he makes it ECF case filing? I'm in prison and don't have access to e-mail and computer?

10. I'm asking Chief Judges to look into order of how all my four civil actions have end up in CRB court there been bias action.

11. All my case have been stop for no reason or explanation and I appeal to 9th circuit on 065494 which CRB dismissed without probable cause and every time I tried to pay appeal filing fee by IFP or declaration under penalty of perjury he wrote order saying never accept IFP or anything other than $455 filing fee?

12. I'm indigent and only can pay through IFP or motion under 1915(a) U.S.C. 28? If my 9th circuit appeal is denied I'll be filing another complaint of Judicial misconduct because he stop my appeal to 9th circuit.

March 28, 2008                                   Jonathan Grigsby

United States District Court
For The
Northern District Of California

Jonathan Grigsby                    Case Number CV08-1475
   Plaintiff                        Certificate of Service
V. Robert Horel (Warden) et al.,

_____Defendant(s)_____

I, __Jonathan Grigsby__ declare under penalty of perjury that: I am __Plaintiff__ in the above entitled action; That on __3/28/08__ I served a true and correct copy(i of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail.

CRB(PR)
U.S. Northern District of California          Chief Judge Kozinski & Chief Judge Walker
450 Golden Gate Avenue                        SAME ADDRESS AS CRB (PR)
S.F. CA. 94102

Date __March 28, 2008__                Signature __Jonathan Grigsby__
                                                  Jonathan Grigsby
whats being sent
motion disqualification of assigned Judge



J. Grigoby
T-61830 D6-205
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Legal Mail

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
S.F. CA 94102

**STATE PRISON GENERATED MAIL**