```
                         FILED
                         APR 2 4 2008           Case Number: 08-1475 CRB
                       RICHARD W. WIEKING
                    CLERK, U.S. DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
```

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Grigsby, Jonathan** (T61830) for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT         [prisoner name]
P.O. BOX 1020
SOLEDAD, CA 93960-1020

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **11.25** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **21.66**.

Dated: **4/23/08**                     _L. macias_____
                                        [Authorized officer of the institution]

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         SALINAS VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: OCT. 01, 2007 THRU APR. 23, 2008

ACCOUNT NUMBER : T61930                    BED/CELL NUMBER: FDB6T2000000205L
ACCOUNT NAME   : GRIGSBY, JONATHAN WESLEY    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE  DESCRIPTION       COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
------   ----  ---------------   ----------  ---------   --------   -----------   -------

10/01/2007     BEGINNING BALANCE                                                     0.00

11/07   D320   TRUST FUNDS T    1281 PBSP                10.02                      10.02
11/07   W512   LEGAL POSTAGE    1289 LPOST                              0.58         9.44
11/07   W512   LEGAL POSTAGE    1289 LPOST                              0.58         8.86
11/07   W512   LEGAL POSTAGE    1289 LPOST                              1.14         7.72
11/07   W512   LEGAL POSTAGE    1289 LPOST                              0.58         7.14
11/08   W512   LEGAL POSTAGE    1296 LPOST                              0.58         6.56
11/08   W512   LEGAL POSTAGE    1296 LPOST                              0.41         6.15
11/08   W515   COPY CHARGE      1301 COPY                               0.24         5.91
11/09   W512   LEGAL POSTAGE    1316 LPOST                              0.58         5.33
11/09   W512   LEGAL POSTAGE    1316 LPOST                              0.56         4.77
11/14   W512   LEGAL POSTAGE    1343 LPOST                              0.41         4.36
11/14   W512   LEGAL POSTAGE    1343 LPOST                              0.58         3.78
11/19   W512   LEGAL POSTAGE    1378 LPOST                              0.41         3.37
11/26   W512   LEGAL POSTAGE    1422 LPOST                              1.48         1.89
11/26   W512   LEGAL POSTAGE    1422 LPOST                              1.48         0.41
11/27   W512   LEGAL POSTAGE    1432 LPOST                              0.41         0.00
12/03 * DD30   CASH DEPOSIT     1457 7109              22.50                        22.50
12/03   W512   LEGAL POSTAGE    1463 LPOST                              0.75        21.75
12/03   W512   LEGAL POSTAGE    1463 LPOST                              0.58        21.17
12/04   W512   LEGAL POSTAGE    1475 LPOST                              0.41        20.76
12/04   W512   LEGAL POSTAGE    1475 LPOST                              0.41        20.35
12/04   W512   LEGAL POSTAGE    1475 LPOST                              0.58        19.77
12/04   W512   LEGAL POSTAGE    1475 LPOST                              1.41        18.36
12/05   W512   LEGAL POSTAGE    1484 LPOST                              0.74        17.62
12/07   W502   POSTAGE CHARG    1507 POST                               1.65        15.97
12/07   W502   POSTAGE CHARG    1507 POST                               1.65        14.32
12/12   W512   LEGAL POSTAGE    1559 LPOST                              1.82        12.50
12/12   W512   LEGAL POSTAGE    1559 LPOST                              2.16        10.34
12/12   W512   LEGAL POSTAGE    1559 LPOST                              1.48         8.86
12/12   W512   LEGAL POSTAGE    1562 LPOST                              0.41         8.45
12/13   W512   LEGAL POSTAGE    1570 LPOST                              4.60         3.85
12/13   W512   LEGAL POSTAGE    1570 LPOST                              1.14         2.71
12/13   W512   LEGAL POSTAGE    1570 LPOST                              1.48         1.23
12/13   W512   LEGAL POSTAGE    1570 LPOST                              0.41         0.82
12/13   W512   LEGAL POSTAGE    1576 LPOST                              0.41         0.41
12/13   W512   LEGAL POSTAGE    1576 LPOST                              0.41         0.00
        ACTIVITY FOR 2008
01/09 * DD30   CASH DEPOSIT     1777 7215              45.00                        45.00
01/10   W512   LEGAL POSTAGE    1792 LPOST                              0.41        44.59
01/16   W512   LEGAL POSTAGE    1859 LPOST                              0.75        43.84
01/16   W512   LEGAL POSTAGE    1859 LPOST                              4.60        39.24
01/16   W512   LEGAL POSTAGE    1859 LPOST                              0.58        38.66
```

```
                         SALINAS VALLEY STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2007 THRU APR. 23, 2008

ACCT:  T61830         ACCT NAME: GRIGSBY, JONATHAN WESLEY        ACCT TYPE: I
       TRAN
DATE   CODE  DESCRIPTION       COMMENT       CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----   ----  ----------------  -----------   ---------  --------   -----------   -------
01/17  W512  LEGAL POSTAGE     1875 LPOST                               0.58       38.08
01/17  W512  LEGAL POSTAGE     1875 LPOST                               0.41       37.67
01/24  W512  LEGAL POSTAGE     1930 LPOST                               0.58       37.09
01/24  W512  LEGAL POSTAGE     1930 LPOST                               0.58       36.51
02/04  W512  LEGAL POSTAGE     2013 LPOST                               0.75       35.76
02/04  W512  LEGAL POSTAGE     2013 LPOST                               1.65       34.11
02/04  W512  LEGAL POSTAGE     2013 LPOST                               4.60       29.51
03/10  W512  LEGAL POSTAGE     2343 LPOST                               2.84       26.67
03/11  W512  LEGAL POSTAGE     2354 LCOPY                               4.60       22.07
03/11  W512  LEGAL POSTAGE     2354 LCOPY                               4.60       17.47
03/12  W512  LEGAL POSTAGE     2362 LPOST                               4.60       12.87
03/12  W512  LEGAL POSTAGE     2362 LPOST                               0.92       11.95
03/13  W515  COPY CHARGE       2368 COPY                                0.96       10.99
03/18  W512  LEGAL POSTAGE     2422 LPOST                               0.41       10.58


                              CURRENT HOLDS IN EFFECT

  DATE        HOLD
 PLACED       CODE       DESCRIPTION                   COMMENT         HOLD AMOUNT
----------    ----  -----------------------------    -----------       -----------
01/18/2008    H102  EYEGLASSES HOLD                  1898 OPTIC              31.25
04/10/2008    H109  LEGAL POSTAGE HOLD               2607 LPOST               1.48
04/10/2008    H109  LEGAL POSTAGE HOLD               2607 LPOST               4.60
04/18/2008    H109  LEGAL POSTAGE HOLD               2698 POST                1.48
04/18/2008    H109  LEGAL POSTAGE HOLD               2698 POST                1.31


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/05/06                          CASE NUMBER: *PB055263
COUNTY CODE:  *DN                                 FINE AMOUNT: $    4,403.05

  DATE         TRANS.   DESCRIPTION                     TRANS. AMT.      BALANCE
  ----         ------   -----------                     -----------      -------

10/01/2007              BEGINNING BALANCE                                4,268.05

12/03/07       DR30     REST DED-CASH DEPOSIT              25.00-        4,243.05
01/09/08       DR30     REST DED-CASH DEPOSIT              50.00-        4,193.05
```

```
REPORT ID: TS3030  .701                                      REPORT DATE: 04/23/08
                                                             PAGE NO:      1
                          SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: OCT. 01, 2007 THRU APR. 23, 2008

ACCT:  T61830         ACCT NAME: GRIGSBY, JONATHAN WESLEY         ACCT TYPE: I

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL          TOTAL        CURRENT        HOLDS       TRANSACTIONS
   BALANCE      DEPOSITS      WITHDRAWALS    BALANCE       BALANCE      TO BE POSTED
  ---------    ----------    -------------   --------    ----------    -------------
    0.00         77.52          66.94         10.58        40.12           0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4/23/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY L. Macias  SVSP
   TRUST OFFICE

```
                                                             CURRENT
                                                            AVAILABLE
                                                             BALANCE
                                                            ----------
                                                              29.54-
```



4/23/08

This is a amended certification of funds please honor this one if you have any questions contact SUSP Lisa Acct. Officer Supv. (A)
☏ 831 678-5604

© 2004 Precious Moments, Inc.: Licensee: Giftco, Inc.

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020

Office of the Clerk U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102