Jonathan Grigsby
T-61830 D6-205
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

original

FILED
08 JUN -5 PM 1:47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United State District Court
Northern District Of California

Jonathan Grigsby
    Plaintiff
vs
Robert Horel, Darren Bradbury,
Bonnie Samples, M. Smelosky,
N. Thiem, N. Grannis, D. Kern,
S. George, C. Wilber, J. Pieren,
N.J. Nimrod, %Blazdell, %Diaz,
%Tincer, P. Carrier, M. Cook, B. Johnson,
    sued Individual and Official
Capacitys Defendants et al.,

Case No. 08-1475 CRB

Motion Seeking Response
To 4-1-08 motion and seeking
Delay in Summons and Serving
Defendants Complaint and
IFP accepted?

Facts

① I filed motion and sent 2 copys asking for original filed district court record and copy time stamp and return for my records. Judge Breyer This action was filed March 17, 2008 it almost 80 days since filing and summons need to be sent out with copy of my complaint and proof of service sent to me.

② Previous actions all defendants were not served and I never received acknowledgment of services and other violations of my due process that youve shown favoritism to attorney general violating impartial actions in actions and filing motions. Judge Walker was sent copy of ex-parte motion to disqualify you from this civil action?

③ I know you receive copy so what the hold up or problem now, I'm not going to allow you to screw me or prolong or allow defendants and attorney general stop or slow down my processing of this civil complaint. Also you not stated or sent me notice if my IFP has been accepted? You wasting my time and prolonging my process. You need to start processing my complaint or do whatever you going to do? I have 2 Judicial Misconduct Complaints on you I don't have problem filing another if you refuse to process my complaint.

June 2, 2008

Jonathan Grigsby

6/2/08 CRB

Court Clerk,

File original and time stamp copy and return for my records. On April 1, 2008 I sent ex-parte motion to disqualify Charles R. Breyer as assigned judge in civil complaint 08-1475 that was filed in district court March 17, 2008 and my In Forma Pauperis application has not been processed or approved it June 2, 2008? I want a response and I want Northern District Court to stop mailing me legal not sealed close just piece of tape closing me privilege correspondence. I'm not asking for to much you people are sending my communication opened these racist ass devils are reading and blocking my legal mail or certain letters

RECEIVED
08 JUN -5 PM 1:4.
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



J. Angolu
T-61830 D6-205
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

legal
mail

TWO CENTENNIAL
STATE PRISON

Office Of The Clerk U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

94102$0014    0004
94102$3661