**FILED**

JUL 31 2008

7-28-08

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Court Clerk

**RECEIVED**

JUL 31 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I've had change of address

Jonathan Grigsby
T-61830 B3-221
Pelican Bay Prison
P.O. Box 7500
Crescent City, CA 95532

C08-1843 CRB

Please be advise an all court document sent to Salinas Valley between July 14, 2008 and July 25, 2008 I never received.

P.S. - If you send legal mail sealed with tape I'm not going to allow these devil an racist to know my legal information before me make note.