UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN GRIGSBY,

    Plaintiff,

 v.

ROBERT HOREL, et al,

    Defendants.
    /

Case Number: CV08-01475 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan W. Grigsby T-61830
CMF - Vacaville
Dept. Mental Health (DMH)
P.O. Box 2000
Vacaville, CA 95696

Dated: January 8, 2010

    Richard W. Wieking, Clerk

    By: Barbara Espinoza, Deputy Clerk