IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN W. GRIGSBY, | ) |
| Plaintiff(s), | ) No. C 08-1475 CRB (PR) |
| vs. | ) ORDER |
| ROBERT HOREL, et al., | ) |
| Defendant(s). | ) |

On April 28, 2010, defendants moved to dismiss under Federal Rule of Civil Procedure 12(b)(6) on the grounds that plaintiff's complaint fails to state a claim and that defendants are entitled to qualified immunity.  Plaintiff was asked to file an opposition by not later than June 11, 2010, but has not done so.

Plaintiff will be afforded a final opportunity to file an opposition to defendants' motion to dismiss.  Plaintiff shall file an opposition, or notice of non-opposition, to defendants' motion to dismiss by no later than August 31, 2010, and defendants shall file a reply to any opposition within 15 days thereafter.

 SO ORDERED.

DATED:   July 20, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Grigsby, J2.or2.wpd